**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
Frank C. Brucculeri, Esq. (137199)
André M. Picciurro, Esq. (239132)
Daniel F. Berberich, Esq. (215946)
9100 Wilshire Blvd. Suite 420W
Beverly Hills, California 90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
brose@kayerose.com
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Plaintiff
HASTAY MARINE LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HASTAY MARINE LTD, | Case No.: 2:16-cv-06541 |
|---|---|
| Plaintiff, | IN ADMIRALTY |
| v. | **MEMORANDUM OF GARNISHEE** |
| HANJIN SHIPPING CO., LTD., | |
| Defendant. | |

NOTICE TO PERSON OR ENTITY SERVED WITH WRIT OF ATTACHMENT AND NOTICE OF ATTACHMENT LIEN: This Memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the Writ of Attachment and Notice of Attachment Lien. Failure to complete and return this memorandum may render you liable for the costs and attorneys' fees incurred in obtaining the required information.

Name of Levying Officer: United States Marshal, Central District of California, Civil Division, Roybal Building, 255 E. Temple Street, Room 346, Third Floor, Los Angeles, California 90012, Office 213-894-4100, Facsimile 213-894-2030.

Levying Officer File No.: _____

1
MEMORANDUM OF GARNISHEE

1. Identify with specificity any and all invoices relating to any accounts receivable of HANJIN SHIPPING CO., LTD. (hereinafter "Hanjin") or monies owed to or claimed by or for the benefit of Hanjin (such as, for example, accounts, monies, charter hire, payment for bunkers, goods or services, bills of lading and the like), including the invoice number, date of the invoice, amount due, and the date payment is due.

2. Identify with specificity the amount of monies currently due and owing to Hanjin.

3. With respect to the amount of monies coming due to Hanjin in the future (which are not already addressed in Nos. 1-2), identify with specificity any amount of monies that are coming due to Hanjin in the future and the date(s) when said monies are coming due.

4. Identify the amount of funds owed to or claimed by or for the benefit of Hanjin that are subject to the attachment lien, which you are restrained from transferring to Hanjin, pursuant to the Court's Writ of Attachment and Notice of Attachment lien in this matter.

Dated:_____            _____
                                 [Signature]

                                 _____
                                 [Print name]

                                 _____
                                 [Title/position]

Kaye, Rose & Partners LLP

3
MEMORANDUM OF GARNISHEE