**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
Frank C. Brucculeri, Esq. (137199)
André M. Picciurro, Esq. (239132)
Daniel F. Berberich, Esq. (215946)
9100 Wilshire Blvd. Suite 420W
Beverly Hills, California  90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
brose@kayerose.com
fbrucculeri@kayerose.com
apicciurro@kayerose.com
dberberich@kayerose.com

Attorneys for Plaintiff
HASTAY MARINE LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTAY MARINE LTD, <br><br> Plaintiff, <br><br> v. <br><br> HANJIN SHIPPING CO., LTD., <br><br> Defendant. | Case No.: 2:16-cv-06541-TJH-PLAx <br><br> **IN ADMIRALTY** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EX PARTE* APPLICATION FOR RECONSIDERATION OF ORDER [DKT # 18] DENYING *EX PARTE* APPLICATION FOR (1) ISSUANCE OF PROCESS FOR MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B; AND (2) RIGHT TO ATTACH ORDER AND PRE-JUDGMENT WRIT OF ATTACHMENT** |

1

REQUEST FOR JUDICIAL NOTICE

1  Plaintiff HASTAY MARINE LTD ("HASTAY") hereby requests that,
2  pursuant to *Federal Rules of Evidence 201*, this Court take Judicial Notice of the
3  following document relevant to this civil action:
4  Article entitled "Worldwide Fallout from Hanjin Collapse" by MarEx, a
5  true and correct copy of which is attached hereto as **Exhibit "A"**.

7  Dated: September 2, 2016                KAYE, ROSE & PARTNERS, LLP

9                                          By:   /s/ Frank C. Brucculeri
                                                 Bradley M. Rose
10                                               Frank C. Brucculeri
                                                 André M. Picciurro
11                                               Daniel Berberich
                                                 Attorneys for Plaintiff
12                                               HASTAY MARINE LTD.

Kaye, Rose & Partners LLP