**KAYE, ROSE & PARTNERS, LLP**
Frank Brucculeri, Esq. (137199)
Bradley M. Rose, Esq. (126281)
9100 Wilshire Blvd., Suite 420W
Beverly Hills, California  90212
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
Hastay Marine Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTAY MARINE LTD, | Case No.:    2:16-cv-06541-TJH-PLA |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| HANJIN SHIPPING CO., LTD., | STATUS REPORT |
| Defendants. | |

Plaintiff HASTAY MARINE LTD. (hereinafter, "Hastay") provides the following Status Report in compliance with the Court's Order [Docket 32] of July 17, 2017.

As the Court already knows, this matter was stayed as a result of the filing of a Bankruptcy Petition by the defendant Hanjin Shipping Co., Ltd. (hereinafter, "Hanjin") in the Bankruptcy Court for the District of New Jersey (Case No.: 16-27041 (JKS)).  That Petition was designed to obtain formal recognition of a Foreign Bankruptcy Petition filed by the Debtor in Seoul, South Korea.  As of this date, both the Bankruptcy cases remain active as Hanjin pursues liquidation via the Seoul Bankruptcy Petition.  This case, accordingly, remains stayed and will not likely become active again as it is anticipated that any claims by Hastay

Kaye, Rose & Partners LLP

1  against the debtor will be handled via the pending bankruptcy petitions.

2

3  Dated: June 30, 2017                    **KAYE, ROSE & PARTNERS, LLP**

4

5  By:  */s/ Frank C. Brucculeri*
                                        Frank C. Brucculeri
6                                       Bradley M. Rose
                                        Attorneys for Plaintiff
7                                       Hastay Marine Ltd.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kaye, Rose & Partners LLP