# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTAY MARINE LTD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANJIN SHIPPING CO., LTD.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-06541-TJH-PLA<br><br>[PROPOSED] ORDER RE: NOTICE OF DISMISSAL WITHOUT PREJUDICE   JS-6 |

Pursuant to Plaintiff HASTAY MARINE LTD's Notice of Dismissal of the Entire Action without Prejudice and for good cause shown,

IT IS SO ORDERED.

Dated:　October 23, 2018　　　　　　　_____

　　　　　　　　　　　　　　　　　United States District Judge Terry J. Hatter Jr.